AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | U.S. District Court, Northern District of Indiana<br>Hammond Division<br>5400 Federal Plaza, Hammond, IN 46320 |
| PLAINTIFF<br>Malibu Media, LLC | | DEFENDANT<br>John Doe subscriber assigned IP address 50.200.18.61 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001822653 | A Little Rain Must Fall | Malibu Media, LLC |
| 2 PA0001810505 | Dangerous Game | Malibu Media, LLC |
| 3 PA0001817756 | Inside Perfection | Malibu Media, LLC |
| 4 PA0001819290 | Naughty and Nice | Malibu Media, LLC |
| 5 See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**CONTINUATION OF DOCUMENT AO-121**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001794973 | Foot Fetish | Malibu Media, LLC |
| 6. PA0001824840 | Happy Couple | Malibu Media, LLC |
| 7. PA0001820192 | Inside Perfection | Malibu Media, LLC |
| 8. PA0001819288 | Morning Memories | Malibu Media, LLC |
| 9. PA0001805315 | One Night Stand | Malibu Media, LLC |
| 10. PA0001817765 | Pretty Back Door Baby | Malibu Media, LLC |
| 11. PA0001762412 | Pure Grace | Malibu Media, LLC |
| 12. PA0001820856 | Sneak N Peek | Malibu Media, LLC |
| 13. PA0001824841 | Starting Over | Malibu Media, LLC |
| 14. PA0001811852 | Still With Me | Malibu Media, LLC |